Shamus ROWLEY, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 520, 2015

Supreme Court of Delaware.

Submitted: December 17, 2015

Decided: February 15, 2016

AFFIRMED.

Wayne BROWN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 320, 2015

Supreme Court of Delaware.

Submitted: December 11, 2015

Decided: February 15, 2016

AFFIRMED.

William ANDERSON, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 327, 2015

Supreme Court of Delaware.

Submitted: January 27, 2016

Decided: February 15, 2016

AFFIRMED.